856 MAXON vs. CIRCUIT JUDGE (Bay), No. 14617.

To compel respondent to vacate an order empowering a receiver to sell the assets of a co-partnership, both partners having prayed for a dissolution, it appearing that relator is insolvent; that complainant is indorser upon the co-partnership paper to a large amount; that for lack of funds the receiver is unable to insure the property; that there is a large mortgage upon the plant, on which interest is due and unpaid; that the plant has not been in operation for over a year, and that the machinery is depreciating in value.

Denied, without costs, January 23, 1895.

857 MERCHANTS & MANUFACTURERS' BANK OF DETROIT vs. CIRCUIT JUDGE (Kent), 43 M., 292.

To vacate an order appointing a receiver.

Held, that the appointment was absolutely void as having been made at the home of the circuit judge when there was no suit pending, but relator, having appealed from an order subsequently made, at the instance of the receiver, restraining the prosecution of the replevin suit brought by relator and that order having been reversed, an award of the writ is rendered unnecessary.

Decided April 14, 1880.